Michael E. Begley
Gerry Fagan
MOULTON BELLINGHAM PC
Suite 1900, Crowne Plaza
P. O. Box 2559
Billings, Montana 59103-2559
Telephone (406) 248-7731
Mike.Begley@moultonbellingham.com
Gerry.Fagan@moultonbellingham.com

Attorneys for Defendant American Title and Escrow

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FLAGSTONE DEVELOPMENT, LLC, an Arizona limited liability company, and LAWRENCE A. HEATH,<br><br>Plaintiffs,<br><br>-vs-<br><br>WAYNE JOYNER, JUSTIN JOYNER, as individuals; ROCKY MOUNTAIN TIMBERLANDS, LLC, a Montana limited liability company, WAYNE MARCHWICK, AMERICAN TITLE AND ESCROW, a Montana corporation, FIRST AMERICAN TITLE COMPANY, a California corporation, DEVELOPER FINANCE CORPORATION, a Massachusetts corporation, NICHOLAS POWERS, III, a/k/a NICHOLAS D. POWERS, JAKE KORELL, LANDMARK OF BILLINGS, INC., a Montana corporation, JON USSIN, U BAR S REAL ESTATE, a Montana corporation, and JOHN DOES 11 through 30,<br><br>Defendants. | Cause No. CV-08-100-BLGRFC<br><br><br><br><br><br>**DEFENDANT AMERICAN TITLE AND ESCROW'S MOTION TO EXCLUDE PLAINTIFFS' DAMAGES EXPERT GRABOIS** |

Defendant American Title & Escrow respectfully requests the exclusion of testimony or evidence from Plaintiffs' damages expert, Dale Grabois. Grabois' alleged expert opinion lacks the necessary reliability to be admissible under the requirements of Rule 702 of the Federal Rules of Evidence and the case law interpreting it, including *Daubert v. Merrell Dow Pharmaceuticals,*

*Inc.*, 509 U.S. 579, 597 (1993). The accompanying Combined Brief in Support of Partial Motion for Summary Judgment on Damages and Motion to Exclude Plaintiffs' Damages Expert Dale Grabois more fully supports this Motion.

Plaintiffs object to this Motion.

DATED this 7th day of August, 2011.

                              MOULTON BELLINGHAM PC

                              <u>s/s Gerry Fagan</u>

                              Attorney for Defendant
                              American Title and Escrow

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of August, 2011, a copy of the foregoing document was served on the following persons by the following means:

| | CM/EFC | Hand Delivery | Mail | Overnight Delivery Service | Fax | Email |
|---|---|---|---|---|---|---|
| Candace Payne<br>Matt Lancaster<br>Luxan & Murfit, PLLP<br>24 West Sixth Avenue, 4th Floor<br>P.O. Box 1144<br>Helena, MT 59624<br>Cpayne@luxanmurfitt.com | | X | | | | |
| David L. Charles<br>Daniela E. Olschlager<br>Crowley Fleck PLLP<br>P.O. Box 2529<br>Billings, MT 59103-2529<br>Dcharles@crowleyfleck.com | | X | | | | |
| Eric Edward Nord<br>Crist, Krogh & Nord, LLC<br>The Securities Bldg.<br>2708 First Avenue N, Suite 300<br>Billings, MT 59101<br>Enord@cristlaw.com | | X | | | | |
| Lynn M. Grant<br>Cashmore & Grant, PC<br>2722 3rd Avenue North, Ste. 321<br>Billings, MT 59101<br>Lgrantcashlaw@aol.com | | X | | | | |
| Mark D. Parker<br>Shawn P. Cosgrove<br>Parker, Heitz & Cosgrove, PLLC<br>P.O. Box 7212<br>Billings, MT 59103-7212<br>markdparker@parker-law.com<br>shawncosgrove@parker-law.com | | X | | | | |

|  | CM/EFC | Hand Delivery | Mail | Overnight Delivery Service | Fax | Email |
|---|---|---|---|---|---|---|
| T. Thomas Singer<br>Axilon Law Group, PLLC<br>115 North Broadway, Ste. 310<br>P.O. Box 987<br>Billings, MT 59103-0987<br>Tsinger@axilonlaw.com |  | X |  |  |  |  |
| Wayne Marchwick<br>Spring Pointe Memory Care<br>1400 Redwood Circle<br>Grants Pass, OR 97526 |  |  | X |  |  |  |
| John C. Breslo<br>The Breslo Law Firm<br>8426 East Shea Boulevard<br>Scottsdale, AZ 85260 |  | X |  |  |  |  |

MOULTON BELLINGHAM PC

/ s / Gerry Fagan
GERRY FAGAN

ATTORNEYS FOR DEFENDANTS
AMERICAN TITLE AND ESCROW

ND: 4838-2924-5706, v. 1