

# Charles Fisher Court Reporting, Inc.

503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2011 | CU11-11 |

**Bill To**

Mr. Gerry Fagan
Moulton Bellingham
P.O. Box 2559
Billings, MT 59103-2559


RECEIVED JUL 19 2011

Court: US District - Billings, MT
Cause No. CV-08-100-BLG-RFC
Flagstone Development vs. Joyner, et al

| Terms |
|---|
| Net 30 |

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition - 1 Copy | 6/21/2011 | Jennifer Smith | 724.80 |
| Deposition - 1 Copy | 6/21/2011 | Ted Lovec | 226.25 |
| Deposition - 1 Copy | 6/23/2011 | Kathleen Tollefson | 681.20 |
| Deposition - 1 Copy | 6/24/2011 | Richard Sidwell | 748.80 |

Thank you for your business.    Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$2,381.05** |

EXHIBIT
A



# Charles Fisher Court Reporting, Inc.
503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2010 | JB10-72 |

**Bill To**
Mr. Gerry Fagan
Moulton Bellingham
P.O. Box 2559
Billings, MT 59103-2559

Court: US District - Billings, MT
Cause No. CV-08-100-BLG-RFC
Flagstone Development vs. Joyner, et al.

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition-1 Copy | 8/17/2010 | Lawrence Heath | 1,128.50 |

Thank you for your business.   Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$1,128.50** |

# INVOICE

**Richard L. Mattson, Ltd.**
**Certified Court Reporter**

341 Burlington Avenue
Billings, MT 59101

Phone: (406) 698-3163
Cell : (406) 698-3163

Tax I.D. 81-0533653
Email: mattsonrlm@yahoo.com

To: Mr. Gerry Fagan
Moulton Bellingham P.C.
Suite 1900, Crown Plaza
P.O. Box 2559
Billings, MT 59103-2559

Date: August 23, 2010

No. 1000050

Re: Copy of Deposition of Lawrence A. Heath, Volume I
Flagstone, et al., v. Joyner, et al
CV-08-100-BLG-RFC

| Date | Description | Pages | Per page | Cost | Comment |
|---|---|---|---|---|---|
| Aug 16, 2020 | Original and copy of the deposition of Lawrence Heath | 229 | $2.25 | $515.25 | Original to Tom Singer to obtain deponent's review, signature and return |
|  | Copying exhibits |  |  | $0.00 |  |
|  |  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |  |
|  |  |  |  | $0.00 |  |
|  | Total |  |  | $515.25 | Electronic pdf file emailed |
|  |  |  | Total | $515.25 |  |