# INVOICE

**Richard L. Mattson, Ltd.**
**Certified Court Reporter**

Phone: (406) 698-3163
Cell : (406) 698-3163

To:  Mr. Lynn Grant
     Cashmore and Grant
     2722 3rd Avenue North, Suite 321
     Billings, MT 59101

Date: August 23, 2010

No. 1000049

341 Burlington Avenue
Billings, MT 59101

Tax I.D. 81-0533653
Email: mattsonrlm@yahoo.com

Re: Copy of Deposition of Lawrence A. Heath, Volume I
Flagstone, et al., v. Joyner, et al
CV-08-100-BLG-RFC

| Date | Description | Pages | Per page | Cost | Comment |
|---|---|---|---|---|---|
| Aug 16, 2020 | Original and copy of the deposition of Lawrence Heath | 229 | $2.25 | $515.25 | Original to Tom Singer to obtain deponent's review, signature and return |
| | Copying exhibits | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | **Total** | | | $515.25 | Electronic pdf file emailed |
| | | | Total | $515.25 | |


EXHIBIT A



**Charles Fisher Court Reporting, Inc.**
503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2010 | JB10-72 |

| Bill To |
|---|
| Mr. Lynn M. Grant
Cashmore & Grant, PC
2722 3rd Avenue North, Suite 321
Billings, MT 59101 |

Court: US District - Billings, MT
Cause No. CV-08-100-BLG-RFC
Flagstone Development vs. Joyner, et al.

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition-1 Copy | 8/17/2010 | Lawrence Heath | 1,127.50 |

Thank you for your business.   Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$1,127.50** |



**Charles Fisher Court Reporting, Inc.**
503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/14/2011 | YM11-62 |

| Bill To |
|---|
| Mr. Lynn M. Grant<br>Cashmore & Grant, PC<br>2722 3rd Avenue North, Suite 321<br>Billings, MT 59101 |

Court: US District - Billings, MT
Cause No. CV-08-100-BLG-RFC
Flagstone Development vs. Joyner, et al

| Terms |
|---|
| Net 30 |

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition-1 Copy | 6/22/2011 | Jake Korell | 449.80 |
| Deposition-1 Copy | 6/22/2011 | Jon Ussin | 243.05 |

Thank you for your business.

Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$692.85** |