

**Charles Fisher Court Reporting, Inc.**
503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 9/27/2010 | JB10-72 |

**Bill To**
Ms. Daniela E. Pavuk
Crowley Fleck
P.O. Box 2529
Billings, MT 59103-2529

RECEIVED
SEP 3 0 2010
CROWLEY FLECK PLLP

Court: US District - Billings, MT
Cause No. CV-08-100-BLG-RFC
Flagstone Development vs. Joyner, et al.

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition-1 Copy | 8/17/2010 | Lawrence Heath | 1,101.20 |

**EXHIBIT A**

Thank you for your business.    Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$1,101.20** |

# INVOICE

**Richard L. Mattson, Ltd.**
**Certified Court Reporter**

Phone: (406) 698-3163
Cell: (406) 698-3163

To: Ms. Daniella Pavuk
Crowley Fleck PLLP
490 N. 31st Street, Suite 500
P.O. Box 2529
Billings, MT 59103- 2529

Date: August 23, 2010

No. 1000053

341 Burlington Avenue
Billings, MT 59101

Tax I.D. 81-0533653
Email: mattsonrlm@yahoo.com

**RECEIVED**
**AUG 2 7 2010**
**CROWLEY FLECK PLLP**

Re: Copy of Deposition of Lawrence A. Heath, Volume I
Flagstone, et al., v. Joyner, et al
CV-08-100-BLG-RFC

| Date | Description | Pages | Per page | Cost | Comment |
|---|---|---|---|---|---|
| Aug 16, 2020 | Original and copy of the deposition of Lawrence Heath | 229 | $2.25 | $515.25 | Original to Tom Singer to obtain deponent's review, signature and return |
| | Copying exhibits | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | | | | $0.00 | |
| | Total | | | $515.25 | Electronic pdf file emailed |
| | | | Total | $515.25 | |

# PHILBIN & ASSOCIATES, INC.
## 81 STATE STREET
## SPRINGFIELD, MA 01103
*Phone #: (413)733-4078   Fax #: (413)734-4588*

To:

ATTY. DANIELA OLSCHLAGER
CROWLEY FLECK, PLLP
490 NORTH 31ST STREET
BILLINGS, MT 59101

Employer I.D. No. 04-2316011

**Statement Date:** 7/28/2011

**Invoice No.** 29,610

PLEASE REFERENCE THIS INVOICE NUMBER WHEN REMITTING

RE: FLAGSTONE DEVELOPMENT VS. JOYNER

Deposed: JEFFREY KING & JAMES THURSTON

Cause No.: CV-08-100-BLG-RFC

Deposition Date: 7/11/2011

Reporter: REBEKAH JOHNSON

| Code | Description | Qty | Amount | Charges |
|---|---|---|---|---|
| TC | COPY OF TRANSCRIPT | ~~240~~ King 190 pq | 2.90 / 2.90 | ~~696.00~~ 551.00 |
| DC | EMAIL | 1 | 35.00 | 35.00 |
| PHC | POSTAGE & HANDLING CHARGE | 1 | 12.45 | 12.45 |

**TERMS:**
PAYABLE UPON RECEIPT. NONTRANSFERABLE

**Total:** 743.45

To insure proper credit, please enclose a copy of this invoice with payment.

**TOTAL BALANCE DUE:** 743.45



**Charles Fisher Court Reporting, Inc.**
503 East Mendenhall
Bozeman, MT 59715
406-587-9016
maindesk@fishercourtreporting.com

# Invoice

| Date | Invoice # |
|---|---|
| 7/15/2011 | CU11-11 |

**RECEIVED**
JUL 1 8 2011
CROWLEY FLECK PLLP

**Bill To**
Ms. Daniela E. Olschlager
Crowley Fleck
P.O. Box 2529
Billings, MT 59103-2529

Court: US District - Billings, MT
Cause No. CV-08-100-BLG-RFC
Flagstone Development vs. Joyner, et al

| Terms |
|---|
| Net 30 |

| Item | Service Date | Description | Amount |
|---|---|---|---|
| Deposition - 1 Copy | 6/21/2011 | Jennifer Smith | 640.40 |
| Deposition - 1 Copy | 6/21/2011 | Ted Lovec | 200.00 |
| Deposition - 1 Copy | 6/23/2011 | Kathleen Tollefson | 681.20 |
| Deposition - 1 Copy | 6/24/2011 | Richard Sidwell | 794.75 |

Thank you for your business.   Federal Tax ID: 81-0459321

| Payments/Credits | $0.00 |
|---|---|
| **Balance Due** | **$2,316.35** |