FILED

OCT 13 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| FLAGSTONE DEVELOPMENT LLC, an Arizona limited liability company and LAWRENCE A. HEATH,<br><br>Plaintiffs,<br><br>vs.<br><br>WAYNE JOYNER, JUSTIN JOYNER, as individuals; and ROCKY MOUNTAIN TIMBERLANDS, LLC, a Montana corporation<br><br>Defendants. | No. CV 08-100-BLG-SEH<br><br>**ORDER** |

The Final Pretrial Order was submitted by the parties on September 30, 2016. Attachments include Plaintiffs' Will Offer Exhibit List, Plaintiffs' Will Call Witness List, Defendants' Will Offer Exhibit List, Defendants' Will Call Witness List, and Defendants' May Call Witness List.

-1-

Each exhibit list appears to reference additional exhibits not admitted for the February 9-10, 2016, jury trial, including Plaintiffs' Exhibits 111, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 125, 127, 128, 129, 132, 133, 134, 136, 137, 138, 139, 140, and 142, and Defendants' Exhibits 521, 522, 523, 524, 525, 526, 527, and 528. No copies of the additional exhibits have been submitted to the Clerk of Court.

ORDERED:

1. On or before October 21, 2016, Plaintiffs shall file a May Offer Exhibit List and a May Call Witness List, if applicable.

2. On or before October 21, 2016, Defendants shall file a May Offer Exhibit List, if applicable.

3. Each party shall file its additional exhibits in the electronic record, deliver the original and one copy of the document exhibits to the Clerk of Court, and mail an additional copy of exhibits to Chambers, 901 Front Street, Suite 3100A, Helena, Montana, 59626, on or before October 21, 2016.

DATED this 13th day of October, 2016.

SAM E. HADDON
United States District Court Judge