FILED

NOV 0 2 2016

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| FLAGSTONE DEVELOPMENT LLC, an Arizona limited liability company and LAWRENCE A. HEATH,<br><br>Plaintiffs,<br><br>vs.<br><br>WAYNE JOYNER, JUSTIN JOYNER, as individuals; and ROCKY MOUNTAIN TIMBERLANDS, LLC, a Montana corporation<br><br>Defendants. | No. CV 08-100-BLG-SEH<br><br>ORDER |

The following exhibits are admitted into evidence without objection for purposes of trial:

1. Plaintiffs' Exhibits: 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 12, 13, 14, 16, 18, 19, 20, 21, 23, 24, 25, 26, 27, 28, 29, 30, 31, 32, 33, 34, 35, 40, 42, 43, 44, 45, 46, 47, 48, 49, 50, 51, 52, 53, 54, 55, 56, 57, 58, 60, 64, 65, 66, 69, 72, 73, 74, 75, 76, 77,

81, 83, 85, 88, 90, 106, 110, 111, 114, 115, 116, 117, 118, 119, 120, 121, 122, 123, 124, 127, 129, 139, 140, 142.

2. Admissibility of other "will offer" exhibits will be addressed, and to the extent feasible, ruled on prior to trial at a hearing to be set by further order of the Court.

DATED this 2nd day of November, 2016.

SAM E. HADDON
United States District Court Judge