**FILED**

NOV 2 2 2016

Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

## BILLINGS DIVISION

|  |  |
|---|---|
| FLAGSTONE DEVELOPMENT LLC, an Arizona limited liability company and LAWRENCE A. HEATH, | No. CV 08-100-BLG-SEH |
| Plaintiffs, | |
| vs. | **ORDER** |
| WAYNE JOYNER, JUSTIN JOYNER, as individuals; and ROCKY MOUNTAIN TIMBERLANDS, LLC, a Montana corporation | |
| Defendants. | |

Plaintiffs' Unopposed Motion for Telephonic Hearing [Doc. 470] is

GRANTED. The hearing set for November 30, 2016, at 1:30 p.m. will be

conducted on the record telephonically. Counsel shall each file a notice on or

before November 29, 2016, stating the number at which he or she may be reached

for the call.

DATED this 22nd day of November, 2016.

SAM E. HADDON
United States District Judge