Janna M. Wittenberg
**AXILON LAW GROUP, PLLC**
115 North Broadway, Suite 310
PO Box 987
Billings, MT 59103
P (406) 294-9466; F (406) 294-9468

John C. Breslo, Esq. (*admitted pro hac vice*)
**THE BRESLO LAW FIRM, LLC**
8426 East Shea Boulevard
Scottsdale, Arizona 85260
P (480) 664-6635; F (480) 240-9325
Email: jbreslo@breslolaw.com

Attorneys for Plaintiffs

Mark D. Parker
Shawn P. Cosgrove
**PARKER, HEITZ & COSGROVE, PLLC**
401 N. 31st Street, Suite 805
P.O. Box 7212
Billings, MT 59103-7212
P (406) 245-9991; F (406) 245-0971
Email: markdparker@parker-law.com

Attorneys for Defendants



FILED
APR 24 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| | |
|---|---|
| FLAGSTONE DEVELOPMENT, LLC, an Arizona limited liability company, and LAWRENCE A. HEATH,<br><br>    Plaintiffs,<br><br>    v.<br><br>WAYNE JOYNER, JUSTIN JOYNER, as individuals; and ROCKY MOUNTAIN TIMBERLANDS, LLC, a Montana corporation,<br><br>    Defendants. | Cause No. CV-08-100-BLG-SEH<br><br>**FINAL PRETRIAL ORDER** |

Pursuant to Fed. Civ. P. 16 and L.R. 16.4, the parties hereby submit this Final Pretrial Order:

## I. Nature of the Action

Plaintiff Flagstone Development ("Flagstone"), through its principal Lawrence "Larry" Heath ("Heath") (collectively "Flagstone/Heath" or "buyer") entered into a Buy/Sell Agreement with Defendant Rocky Mountain Timberlands, LLC, and its principals Wayne and Justin Joyner (collectively "RMT/Joyner" or "seller") in May of 2007 to purchase approximately 13,000 acres of real property in Musselshell County. The Seller was contractually obligated to assist Flagstone in subdividing the property so that it could be developed. Flagstone claims to be damaged by RMT's breach of the contract during a time that they were supposed to be acting as joint developers of the subject property. RMT previously asserted that its conduct was justified because the contract was abandoned. The jury in Phase One of this trial rejected that argument. This trial is to determine whether RMT breached the Buy/Sell Agreement.

## II. Jurisdiction and Venue.

The basis for jurisdiction and venue in this District Court is diversity jurisdiction under Title 28, U.S.C. § 1332, because the amount in controversy exceeded $75,000 and Plaintiffs and Defendants are citizens of different states.

Venue is proper in the Billings Division as the land in question is located in Musselshell County.

**III. Jury or Non Jury**

Both parties have demanded a jury trial.

**IV. Agreed Facts**

1. Appellant Flagstone Development ("Flagstone"), through its principal Lawrence "Larry" Heath ("Heath") (collectively "Flagstone/Heath" or "buyer") entered into a Buy/Sell Agreement with defendant Rocky Mountain Timberlands, LLC through its principals Wayne and Justin Joyner (collectively "RMT/Joyner" or "seller") in May of 2007 to purchase approximately 13,000 acres of real property in Musselshell County (the "Transaction").

2. The Parties agree that Exhibit 1 is the Buy/Sell Agreement.

3. American Title & Escrow ("AT&E") was the escrow company selected to close the Transaction and to hold the development funds that Flagstone/Heath was contractually obligated to contribute the co-development.

4. Before the Transaction closed, RMT/Joyner caused the property to be sold to a new buyer Nicolas Powers ("Powers").

3

## V. Elements of Liability

The Court has determined that the only issue to be litigated in this phase of the trial is RMT's liability for breach of contract. The elements of a claim for breach of contract are as follows:

**Count 1: Breach of Contract**

1) Existence of a contract (Exhibit 1)
2) Breach of a material term of the contract
3) Damages

The existence of a contract is stipulated. This phase of the trial is to determine whether RMT breached a material term of the contract. Plaintiff contends at this phase of the trial that each and all of the actions below constitute breach of the Buy/Sell Agreement:

- Breach of the seller's obligation to put the subject property through subdivision process using the regulations of the State of Montana and Musselshell County in 20+ acre parcels.
- Secretly working to undermine the "mutually determined" subdivision layout as required by the terms of Exhibit 1.
- Breach of the obligation to construct roads by the Seller's in-house contractor in an amount not to exceed $35,000.00 per mile.

4

- Failure to provide a 10 day notice to cure under the terms of the contract in lieu of the Notice of Termination (Exhibit 2).
- Interfering with Heath's contractual obligation to obtain financing.
- Secretly selling the Property to Powers while under contract on the same land with Flagstone. Evidence of such sale and concealment included the following
    o Instructing American Title's Jen Smith to conceal from Flagstone the sale of 30 Mile Ranch to third party Powers, and agreeing to indemnify American Title from damages therefrom;
    o Justin Joyner and Wayne Marchwick's decision to "give Mr. Heath the impression that all is well and keep him satisfied with limited contact."
    o Misleading Flagstone into believing that RMT was moving forward with the subdivision application;
    o Sending a false "Termination Notice" purporting to terminate the Buy/Sell for the failure to pay subdivision filing fees when no such plat application had ever been submitted;
    o Failing to obtain "Release of the Heath Contract" as required by the Powers Buy Sell Agreement.

## VI. Relief Sought

1. A finding of breach of contract by the jury.

## VII. Legal Issues

Plaintiff objected to the bifurcation of liability and damages, dismissal of Wayne and Justin Joyner and dismissal of tort claims and reserves all rights associated with those claims as set forth in the Second Amended Complaint and prior briefing.

## VIII. Dismissals

For purposes of the trial in this matter, the following parties have been dismissed:

1. Larry Heath;
2. Wayne Joyner;
3. Justin Joyner;
4. Wayne Marchwick;
5. Jennifer Smith;
6. American Title and Escrow, a Montana corporation;
7. First American Title Company, a California corporation;
8. Developer Finance Corporation, a Massachusetts corporation;
9. Nicolas Powers, III, aka Nicholas D. Powers;
10. Jake Korell; Landmark of Billings, Inc., a Montana corporation;
11. Jon Ussin; U Bar S Real Estate, a Montana corporation.

## IX. Use of Discovery Documents (Including Testimony from Phase 1)

Except as set forth in the excerpts of deposition and on the exhibit list, the parties do not anticipate using any further discovery documents except for impeachment. Plaintiff reserves the right to use the trial testimony of Wayne

Joyner and Jen Smith and the deposition testimony of Justin Joyner and Jen Smith if they cannot be produced for trial.

In exchange for a mutual promise to produce Wayne Joyner and Larry Heath for all phases of trial, the parties shall use their respective depositions for impeachment and not in their cases in chief. Should the parties fail to appear, the opposing party may introduce evidence through depositions or prior trial testimony of the non-appearing party.

## X. Estimate of Trial Time

Plaintiff bears the burden of proof as to liability for breach of contract.

1. Plaintiff estimates 2 trial days for its case-in-chief.

2. Defendant estimates 1 trial day for their case-in-chief.

## XI. Supersession.

This Order supersedes the pleadings in this matter.

Dated: 4/24/17

/s/ Sam E. Haddon
UNITED STATES DISTRICT JUDGE

Approved as to form and content:

/s/ John C. Breslo

/s/ Janna Wittenberg
Attorneys for Plaintiffs

/s/ Mark D. Parker
Attorney for Defendant

7

| | PLAINTIFF'S EXHIBITS - WILL OFFER | | | | | | |
|---|---|---|---|---|---|---|---|
| | Case Name: | | | Flagstone v. Joyner, et al. | | | |
| | Case Number: | | | CV-08-100-BLG-RFC | | | |
| Exhibit # | Description | Bates # | Def. Objection | Date Offered | Date Reserved | Date Admitted | Date Refused/ Withdrawn |
| 1 | Flagstone/RMT Contract dated 5/25/07 | AC&B 5196-5209 | | | | | |
| 2 | Notice of Termination of Contract for Default dated 4/3/08 | RMT 2981-2982 | | | | | |
| 3 | Email from Joyner to Heath dated 8/24/7 | RMT 0071 | | | | | |
| 4 | Email from J.Joyner to Heath dated 8/26/07 | RMT 0078 | | | | | |
| 5 | Email from Heath to J.Joyner dated 8/26/07 | RMT 0082 | | | | | |
| 6 | Email from Joyner to Heath dated 8/27/07 | RMT 0279 | | | | | |
| 7 | Email from Heath to Joyner dated 9/4/07 | RMT 0379 | | | | | |
| 8 | Email from Heath to Joyner dated 9/21/07 | RMT 0555 | | | | | |
| 9 | Email from Heath to Joyner dated 10/2/07 | RMT 0596 | | | | | |
| 10 | Email from Joyner to Heath dated 10/8/07 | RMT 0871 | | | | | |
| 12 | Email from Joyner to King dated 4/7/08 | RMT 0944 | | | | | |
| 13 | Email from King to Joyner dated 3/25/8 | RMT 0986 | | | | | |
| 14 | Email from Marchwick to J. Joyner dated 3/8/08 | RMT 0994 | | | | | |
| 16 | Email from Marchwick to Griffith, et al dated 3/12/08 | RMT 0998 | | | | | |
| 18 | Email from Marchwick to Griffith, et al. dated 1/31/08 | RMT 1057 | | | | | |
| 19 | Email from J. Joyner to King, et al dated 1/15/08 | RMT 1075 | | | | | |
| 20 | Email from Marchwick to Joyners dated 1/15/08 | RMT 1082 | | | | | |
| 21 | Email from W. Joyner to J. Joyner, et al. | RMT 1092 | | | | | |

|    | Description | Bates | | | | | |
|----|-------------|-------|---|---|---|---|---|
|    | dated 1/14/08 | | | | | | |
| 23 | Email from W. Joyner to Griffith et al dated 12/11/07 | RMT 1112 | | | | | |
| 24 | Email from W. Joyner to Griffith, et al. dated 12/6/07 | RMT 1117 | | | | | |
| 25 | Email from Marchwick to Joyner, et al dated 12/3/07 | RMT 1130 | | | | | |
| 26 | Email from Cossitt to W. Joyner, et al dated 11/28/07 | RMT 1139 | | | | | |
| 27 | Email from W. Joyner to Cossitt, et al. dated 11/27/07 | RMT 1140 | | | | | |
| 28 | Email from Joyner to King dated 5/21/07 | RMT 1345 | | | | | |
| 29 | Email from Joyner to Thurston dated 1/15/08 | RMT 1085 | | | | | |
| 30 | Email from Smith to Joyner dated 3/20/08 | RMT 1937 | | | | | |
| 31 | Email from Joyner to Tollefson dated 10/15/07 | RMT 2245 | | | | | |
| 32 | Email from Joyner to Berry dated 10/23/07 | RMT 2248 | | | | | |
| 33 | Email from Joyner to Marchwick dated 10/24/07 | RMT 2251 | | | | | |
| 34 | Email from Joyner to King dated 11/30/07 | RMT 2295 | | | | | |
| 35 | Email from Joyner to King dated 11/27/07 | RMT 2297 | | | | | |
| 40 | Email from J. Joyner to Spray dated 1/15/08 | RMT 2481 | | | | | |
| 42 | Email from J. Joyner to O'Neil dated 1/8/08 | RMT 2492 | | | | | |
| 43 | Email from J. Joyner to Griffith, et al dated 12/11/08 | RMT 3347 | | | | | |
| 44 | Letter from Marchwick to Mang dated 12/19/07 | RMT 3678 | | | | | |
| 45 | Email from J. Joyner to W. Joyner dated 2/9/09 | RMT 4986 | | | | | |
| 46 | Email from J. Joyner to King dated | RMT 5104 | | | | | |

|    |                                                   |                     |            |  |  |  |  |
|----|---------------------------------------------------|---------------------|------------|--|--|--|--|
|    |                                                   | 11/10/08            |            |  |  |  |  |
| 47 | Email from W. Joyner to Heath dated 9/20/07       | AC&B 1780           |            |  |  |  |  |
| 48 | Email String from W.Joyner to Heath dated 9/20/07 | AC&B 1825           |            |  |  |  |  |
| 49 | Email from W. Joyner to Heath dated 9/20/07       | AG&B 1828           |            |  |  |  |  |
| 50 | Email from Joyner to Heath dated 9/22/07          | AC&B 1923           |            |  |  |  |  |
| 51 | Email from W. Joyner to Heath dated 9/23/07       | AC&B 1925           |            |  |  |  |  |
| 52 | Email from Joyner to Heath dated 9/23/07          | AC&B 1938           |            |  |  |  |  |
| 53 | Email from Joyner to Heath dated 10/01/07         | AC&B 2077           |            |  |  |  |  |
| 54 | Email from Joyner to Heath dated 10/01/07         | AC&B 2079           |            |  |  |  |  |
| 55 | Email from Heath to Joyner dated 10/01/07         | AC&B 2081           |            |  |  |  |  |
| 56 | Email from Joyner to Heath dated 10/3/07          | AC&B 2124           |            |  |  |  |  |
| 57 | Email from Joyner to Heath dated 10/08/07         | AC&B 2230           |            |  |  |  |  |
| 58 | Email from Heath to King dated 12/11/07           | AC&B 3567           |            |  |  |  |  |
| 60 | Powers Buy/Sell (Executed)                        | RMT 1929-1934       |            |  |  |  |  |
| 64 | Email from Heath to Tollefson dated 4/2/08        | AC&B 4683           |            |  |  |  |  |
| 65 | Email from Marchwick to Heath dated 4/7/08        | AC&B 4740           |            |  |  |  |  |
| 66 | Email from Marchwick to Heath dated 4/8/08        | AC&B 4794           |            |  |  |  |  |
| 69 | Email from J. Joyner to King et al dated 3/24/08  | RMT 1898            |            |  |  |  |  |
| 70 | Cash Flow Model 30 Mile Ranch                     | 0024-0027           | Foundation |  |  |  |  |
| 72 | Email from Heath to Smith dated 12/14/07          | AC&B 3608           |            |  |  |  |  |
| 73 | Email from Joyner to Smith dated 2/12/08          | AC&B 8764-8765      |            |  |  |  |  |
| 74 | Email from Smith to Joyner dated 3/31/08          | AC&B 8854           |            |  |  |  |  |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 75 | Powers Buy Sell Agreement | AC&B 9040-9314 | | | | | | |
| 76 | Indemnity Agreement | AC&B 9313-9314 | | | | | | |
| 77 | Email String from Jen Smith dated 4/4/08 | AC&B 12954-12961 | | | | | | |
| 81 | Email from Smith to Korell dated 4/3/08 | AC&B 8549 | | | | | | |
| 83 | Email from Marchwick to Heath dated 1/9/08 | AC&B 3762 | | | | | | |
| 84 | Email from Joyner to Heath dated 9/2007 | AC&B 1807 | Objection 801 | | | | | |
| 85 | Email from Heath to Joyner dated 2/9/08 | AC&B 4077 | | | | | | |
| 88 | CAD Maps and Boards | 3131A 3135D 3038A 3053A 3059A | | | | | | |
| 90 | Email from Darwin to Puccio dated 1/9/08 | AC&B 3761 | | | | | | |
| 92 | Email from King to Heath dated 12/11/2007 | AC&B 3566 | Objection 801 | | | | | |
| 101 | Email from Heath to Joyner dated 8/26/07 | AC&B 898 | Objection 801 | | | | | |
| 102 | Email from Tollefson to Heath dated 9/1/07 | AC&B 1086 | Objection 801 | | | | | |
| 106 | Email from Heath to Joyner dated 9/8/07 | 2331A | | | | | | |
| 110 | Emails beginning January 21, 2008 | | | | | | | |
| 111 | Email From Wayne Joyner to Jeff King dated October 3, 2007 | RMT 2242 | No objection | | | | | |
| 114 | Email from Wayne Joyner to Jeff King dated June 25, 2007 | RMT 2207 | No objection | | | | | |
| 115 | Email from Wayne Joyner to Jeff King dated May 21, 2007 | RMT 1345 | No objection | | | | | |
| 116 | Email from Justin Joyner to Jeff King dated November 10, 2008 | RMT 5104 | No objection | | | | | |
| 117 | Email from Justin Joyner to Jeff King dated November 10, | RMT 5106 | No objection | | | | | |

|  | Description | Bates | Objection |  |  |  |  |
|---|---|---|---|---|---|---|---|
|  | 2008 |  |  |  |  |  |  |
| 118 | Email from Wayne Joyner to Jim Thurston dated January 15, 2008 | AC&B 11994 | No objection |  |  |  |  |
| 119 | Email string to/from Wayne Joyner and Jeff King dated April 7, 2008 | AC&B 11964 | No objection |  |  |  |  |
| 120 | Email string to/from Wayne Joyner and Jeff King dated April 9, 2008 | AC&B 11958 | No objection |  |  |  |  |
| 121 | Email from Jeff King to Justin Joyner dated March 14, 2008 | AC&B 11954 | No objection |  |  |  |  |
| 122 | Email string to/from Wayne Joyner and Jeff King dated March 10, 2008 | AC&B 11953 | No objection |  |  |  |  |
| 123 | Email string to/from Wayne Joyner and Jeff King dated June 21, 2007 | AC&B 11912 | No objection |  |  |  |  |
| 124 | Email from Larry Heath to Jeff King dated December 6, 2007 | AC&B 11982 | No objection |  |  |  |  |
| 125 | Email string to/from Alanah Griffith and Wayne and Justin Joyner dated November 2, 2007 | AC&B 11885-86 | Objection 801 |  |  |  |  |
| 127 | Email string to/from Wayne Joyner and Jeff King dated May 31, 2007 | AC&B 11881 | No objection |  |  |  |  |
| 128 | Email from Wayne Joyner to Jeff King dated May 23, 2007 | AC&B 11867 | Objection parol evidence rule |  |  |  |  |
| 129 | Email from Larry Heath to Jeff King dated January 4, 2008 | AC&B 11817 | No objection |  |  |  |  |
| 132 | Email from Larry Heath to Wayne M dated March 28, 2008 |  | Objection 801 |  |  |  |  |
| 133 | Email from Larry Heath to Jen Smith dated April 4, 2008 |  | Objection 801 |  |  |  |  |
| 134 | Email string to/from Larry Heath and |  | Objection 801 |  |  |  |  |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Wayne Marchwick dated April 7, 2008 | | | | | | |
| 136 | 30 Mile Investment Prospectus | AC&B 5914-5934 | Objection 401, 801 | | | | |
| 137 | Email from Heath to Joyner dated October 2, 2007 | AC&B 2086 | Objection 401, 801 | | | | |
| 138 | Email from Larry Heath to Jen Smith dated April 7, 2008 | AC&B 4727 | Objection 801 | | | | |
| 139 | Email from Heath to Joyner dated August 24, 2007 | RMT 0071 | No objection | | | | |
| 140 | Email String to/from Heath and Wayne and Justin Joyner datd August 25, 2007 | RMT 0075-79 | No objection | | | | |
| 142 | Email from Heath to Joyner dated August 26, 2007 | RMT 0082 | No objection | | | | |

|  | PLAINTIFF'S WITNESS LIST - WILL CALL | | | | | |
|---|---|---|---|---|---|---|
|  | Case Name: Case Number: | | | Flagstone v. Joyner, et al. CV-08-100-BLG-RFC | | |
| Number | Name | City & State | Manner of Presentation | Expert? Rep. Date | Depo. Excerpt/ Summary | Objections |
| 1 | Wayne Joyner | Bozeman, MT | In Person |  |  |  |
| 2 | Larry Heath | Billings, MT | In Person |  |  |  |
| 3 | Justin Joyner | Bozeman, MT | In Person |  |  |  |
| 4 | Rick Sidwell | Billings, MT | In Person |  |  |  |
| 5 | Jennifer Smith | Billings, MT | In person; unless unavailable then by video deposition as follows |  | P:L – P:L<br>9:12-9:18<br>10:24-11:8<br>21:2-21:4<br>78-11-91:22<br>92:16-94:12<br>96:4-100:6<br><br>112:4-114:4<br>114:12-117:14<br>118:17-119:6<br>125:2-129:6<br>129:23-131:6<br>133:20-134:12<br>137:10-137:23<br><br>153:25-158:7<br>159:14-160:21<br><br>170:1-171:6<br><br>172:19-173:20<br><br>174:21-175:2 | <br><br><br><br><br><br><br>(112-137): Relevance; constitutes mention of Insurance<br><br><br><br><br><br>Hearsay; speculative<br><br>Prejudicial and confusing<br><br>Relevance |

DEFENDANTS' EXHIBIT LIST – WILL OFFER (except where indicated)

Case Name: *Flagstone Development, LLC v. Joyner, et al.*
Case No.: CV 08-100-BLG-SEH

| No. | Description | Plaintiff's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 501 | E-mail from Jeff King to Larry Heath, dated May 31, 2007 | | | | | |
| 502 | E-mail from Jeff King to Larry Heath, dated August 27, 2007 | | | | | |
| 503 | E-mail from Jeff King to Larry Heath, dated October 16, 2007 | | | | | |
| 504 | E-mail from Larry Heath to Jennifer Smith, dated April 4, 2008 | | | | | |
| 505 | E-mail from Larry Heath to Wayne M., dated March 3, 2008 | | | | | |
| 506 | E-mail from Larry Heath to Bryan Hall, dated April 2, 2008 | Ev. Rule 408/ Relevance | | | | |
| 507 | E-mail from Lee Hanley to Larry Heath, dated March 31, 2008 | Ev. Rule 408/ Relevance | | | | |
| 508 | E-mail from William Cleverly to Larry Heath, dated April 1, 2008 | Ev. Rule 408/ Relevance | | | | |
| 509 | Correspondence from Gregory McGill, dated January 31, 2008 | | | | | |
| 510 | Article, *'30-Mile' subdivision to impact Shepherd School* | | | | | |

## DEFENDANTS' EXHIBIT LIST – WILL OFFER (except where indicated)

Case Name: *Flagstone Development, LLC v. Joyner, et al.*
Case No.: CV 08-100-BLG-SEH

| No. | Description | Plaintiff's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 511 | Correspondence from Alanah Griffith to Gregory McGill, dated April 3, 2008 | | | | | |
| 512 | Settlement Statement | | | | | |
| 513 | 30 Mile Ranch Investment Prospectus (offered for a limited purpose) | | | | | |
| 514 | E-mail from Wayne M. to Larry Heath, dated February 15, 2008 | | | | | |
| 516 | Correspondence from Gregory McGill to Alanah Griffith, dated February 23, 2009 | Ev. Rule 408/ Relevance | | | | |
| 517 | E-mail from Larry Heath to Jennifer Smith, dated April 4, 2008 | | | | | |
| 518 | E-mail from Larry Heath to Greg McGill, dated January 22, 2008 | | | | | |
| 519 | E-mail from Larry Heath to Jeff King, dated February 13, 2008 | Ev. Rule 408/ Relevance | | | | |

DEFENDANTS' EXHIBIT LIST – WILL OFFER (except where indicated)

Case Name: *Flagstone Development, LLC v. Joyner, et al.*
Case No.: CV 08-100-BLG-SEH

| No. | Description | Plaintiff's Objection | Date Offered | Date Admitted | Date Refused | Date Reserved |
|---|---|---|---|---|---|---|
| 520 | E-mail from Wayne M. to Larry Heath, dated March 9, 2008 | | | | | |
| 521 | E-mail from Wayne M. to Larry Heath, dated March 3, 2008 | Hearsay | | | | |
| 522 | E-mail from Larry Heath to Wayne Joyner, dated August 28, 2007 | | | | | |
| 523 | E-mail from Larry Heath to Sidwell Land, dated October 29, 2007 | | | | | |
| 524 | E-mail from Hans Stoll to Larry Heath, dated November 6, 2007 | | | | | |
| 525 | E-mail from Larry Heath | | | | | |
| 526 | E-mail from Wayne M. to Larry Heath, dated March 3, 2008 | Hearsay | | | | |
| 527 | E-mail from Wayne M. to Larry Heath, dated March 28, 2008 | Hearsay | | | | |
| 528 | E-mail from Wayne M. to Larry Heath, dated April 7, 2008 | Hearsay | | | | |

# DEFENDANTS' WITNESS LIST – WILL CALL

Case Name: *Flagstone Development, LLC v. Joyner, et al.*
Case No.: CV 08-100-BLG-SEH

| No. | Description | City/State | Manner of Presentation | Expert?/ Report Date | Excerpts | Objections |
|---|---|---|---|---|---|---|
| 1 | Wayne Joyner | Bozeman, MT | in person | no | none | |
| 2 | Justin Joyner | Bozeman, MT | in person | no | none | |
| 3 | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

*Flagstone Development, LLC v. Justin Joyner, et al.*
Defendants' Witness List - Will Call
Page 1 of 1

# DEFENDANTS' WITNESS LIST – MAY CALL

Case Name: *Flagstone Development, LLC v. Joyner, et al.*
Case No.: CV 08-100-BLG-SEH

| No. | Description | City/State | Manner of Presentation | Expert?/ Report Date | Excerpts | Objections |
|---|---|---|---|---|---|---|
| 1 | Jake Korell | Billings, MT | in person | no | none | |
| 2 | Jon Ussin | Billings, MT | in person | no | none | |
| 3 | Jeff King | Williamstown, MA | | no | none | |
| 4 | Jennifer Smith | Billings, MT | in person | no | none | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |