
UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FLAGSTONE DEVELOPMENT, LLC an Arizona limited liability company and LAWRENCE A. HEATH, <br><br> Plaintiffs, <br><br> vs. <br><br> WAYNE JOYNER, JUSTIN JOYNER, as individuals; and ROCKY MOUNTAIN TIMBERLANDS, LLC, a Montana Corporation <br><br> Defendants. | CV-08-100-BLG-SEH <br><br> ORDER |

IT IS HEREBY ORDERED that meals and/or lodging be provided for the jurors in the above entitled case.

DATED this 24th day of April, 2017.

Honorable Sam E. Haddon
United States District Judge