

**FILED**

SEP 25 2017

Clerk, U.S. District Court
District Of Montana
Helena

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| FLAGSTONE DEVELOPMENT LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKY MOUNTAIN TIMBERLANDS, LLC, a Montana corporation<br><br>Defendant. | No. CV 08-100-BLG-SEH<br><br>ORDER |

On September 11, 2017, the parties submitted, as ordered by the Court, a proposed pretrial order[1] for the remaining damages phase trial.

ORDERED:

1. The original of document exhibits is required and shall be delivered to the Clerk of Court on or before October 10, 2017.

2. An additional copy of exhibits shall be mailed to Chamber, 901 Front Street, Suite 3100A, Helena, Montana, 59626, on or before October 10, 2017.

---

[1] Doc. No. 531

3. Each exhibit shall bear an extended tab showing the number of the exhibit.

4. Each exhibit shall be labeled with a trial exhibit number only.

5. Each exhibit documented shall be paginated, including any attachments. Plaintiff's exhibits shall be numbered 1 to 500. Defendant's exhibits shall be numbered 501 and above. All exhibits shall be numbered in chronological sequence.

6. Exhibits shall not be duplicated.

7. Exhibits shall be filed in the electronic record.

8. The parties are expected to use the Court's available evidence presentation technology for exhibit display.

9. *Audio or video electronic exhibits must be in a format compatible with the evidence presentation technology. Parties may contact the Clerk's office for technical assistance.*

DATED this 25 day of September, 2017.

Sam E. Haddon
SAM E. HADDON
United States District Judge