UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FLAGSTONE DEVELOPMENT LLC, an Arizona limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ROCKY MOUNTAIN TIMBERLANDS, LLC, a Montana corporation<br><br>Defendant. | Case No. CV-08-100-BLG-SEH<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

JUDGMENT IN FAVOR OF DEFENDANT AGAINST PLAINTIFF. The Court's order of January 16, 2018, stands. Defendant remains entitled to judgment as a matter of law on Plaintiffs claim for lost profits due to the absence of sufficient evidence.

Dated this 26th day of February, 2018.

TYLER P. GILMAN, CLERK

By: /s/ Amanda Carrillo
Amanda Carrillo